IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. DAVIES,

    Plaintiff,                            No. CIV S-03-0014 LKK JFM P

vs.

DR. K. LOW, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On May 19, 2005, plaintiff filed a reply to defendants' answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 19, 2005 reply shall be placed in the court file and disregarded.

DATED: June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; davi0014.77e