IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. DAVIES,

    Plaintiff,                       No. CIV S-03-0014 LKK JFM P

    vs.

Dr. K. LOW,

    Defendant.                      <u>ORDER</u>

_____/

        Defendants have requested a two week extension of time to file a dispositive motion pursuant to the court's scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' November 4, 2005 request for an extension of time is granted; and

        2. Defendants shall file their dispositive motion on or before November 18, 2005.

DATED: November 15, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; davi0014.36s