IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. DAVIES,

    Plaintiff,                    No. CIV S-03-0014 LKK JFM P

    vs.

DR. K. LOW,

    Defendant.                <u>ORDER</u>

                                  /

        Plaintiff has requested an extension of time to file and serve objections to the July 26, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 4, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted until August 27, 2006 in which to file and serve objections to the July 26, 2006 findings and recommendations. No further extensions of time will be granted.

DATED: August 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp;001
davi0014.36(3)