UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. DAVIES,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>K. LOW, Doctor, CSP - Solano; et al.,<br><br>   Defendants - Appellees. | No.  07-15046<br>D.C. No.  CV-03-00014-LKK<br><br><br>ORDER |

FILED

FEB - 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith     [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 2/7/09